# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Raul Adrian Moreno**<br>DOB: xx-xx-1988; United States Citizen | DOCKET NO.<br>14-05848M-<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8    United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 28, 2014, at or near Nogales, in the District of Arizona, **Raul Adrian Moreno**, knowing and in reckless disregard of the fact that an illegal alien, Alejandro Cervantes-Bedolla, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 28, 2014, at or near Nogales, Arizona, Border Patrol agents encountered and followed an individual, Alejandro Cervantes-Bedolla, walking to the Sacred Heart Catholic Church. Alejandro Cervantes-Bedolla then hid in some bushes near the church. Agents observed Alejandro Cervantes-Bedolla exit the bushes and board a maroon Ford Explorer, driven by **Raul Adrian Moreno**. Agents followed the Ford until it came to a stop at a residence. Thereafter, **Raul Adrian Moreno** exited the Ford and attempted to abscond before being apprehended. Alejandro Cervantes-Bedolla admitted that he was not a citizen or national of the U.S. and that he did not possess documents to be in the U.S. legally.

The material witness, Alejandro Cervantes-Bedolla, stated that he made arrangements to be smuggled into the U.S. illegally and agreed to pay money. He stated that after crossing the international boundary fence he was guided to a church and awaited pickup. He stated that the driver of a red Ford Explorer arrived at this location and instructed him to board the vehicle.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**
Alejandro Cervantes-Bedolla

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA CHR_____ | SIGNATURE OF COMPLAINANT<br>_____<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 29, 2014 |

1) See Federal rules of Criminal Procedure Rules 3 and 54